### SCHOOL DISTRICT NO. 43 v. JACKSON.

No. 14558—Opinion Filed June 9, 1925.

Error from District Court, Marshall County; Porter Newman, Judge.

Action by A. J. Jackson against School District No. 43, Marshall County, Okla. From a judgment for the plaintiff, the defendant appeals. Reversed and remanded.

Minter & McClendon, for plaintiff in error.

Geo. E. Rider, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of defendant in error to file brief as provided in rule 7 of this court.